UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: **09-CV-22366-Moore-Simonton**

ARIEL ORTEGA,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., AND
ATLANTIC CREDIT AND FINANCE, INC.,
AND BUREAUS INVESTMENT GROUP,

    Defendants.

_____/

```
FILED by    VT    D.C.
ELECTRONIC

August 10, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT
## JURY DEMAND

    1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act,

Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act,

47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15

U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and

Defendant, CENTRAL CREDIT SERVICES, INC., placed telephone calls and

sent letters into this District on behalf of Defendant, ATLANTIC CREDIT AND

FINANCE and or Defendant, BUREAUS INVESTMENT GROUP.

## PARTIES

3.    Plaintiff, ARIEL ORTEGA, is a natural person and citizen of the State of Florida who resides in Miami-Dade County, Florida.

4.    Defendant, CENTRAL CREDIT SERVICES, INC., ("CENTRAL CREDIT") is a corporation and citizen of the State of Florida with its principal place of business at Suite 500, 9550 Regency Square Boulevard, Jacksonville, Florida 32225.

5.    Defendant, ATLANTIC CREDIT AND FINANCE, INC., ("ATLANTIC CREDIT") is a corporation and citizen of the State of Virginia with its principal place of business at 2727 Franklin Road SW, Roanoke, Virginia 24014.

6.    Defendant, BUREAUS INVESTMENT GROUP, ("BUREAUS INVESTMENT") is a business entity with a principal place of business unknown to Plaintiff.

## FACTUAL ALLEGATIONS

7.    Defendant, Central Credit, sought to collect from Plaintiff an alleged debt arising from two separate agreements originating with HSBC Bank. The transactions giving rise to the alleged debts were primarily for personal, family or household purposes.

2

8.     Plaintiff has received two separate sets of correspondence from Central Credit attempting to collect the alleged debts. On set of correspondence is on behalf of Atlantic Credit and one set is on behalf of Bureaus Investment. The violative telephone calls Plaintiff alleges, however, fail to identify whether the calls are placed on behalf of Atlantic Credit or Bureaus Investment or both.

9.     Plaintiff defaulted on the alleged debts sometime ago.

10.    After the alleged debt went into default, HSBC Bank sold the alleged debt.

11.    Defendant, ATLANTIC CREDIT, purchased one of the alleged debts from HSBC Bank or a subsequent holder and BUREAUS INVESTMENT purchased the other account.

12.    Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, assigned the debts for collection to other debt collectors including but not limited to, Defendant, CENTRAL CREDIT,  who in turn sought to collect the alleged debts from Plaintiff.

13.    Defendants regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

14.    Defendants regularly collect or attempt to collect debts for other parties.

15.    Defendants are "debt collectors" as defined in the FDCPA.

3

16. At all times material to the allegations of this complaint, Defendants were acting as debt collectors with respect to the collection of Plaintiff's alleged debts.

17. Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, authorized other debt collectors including but not limited to Defendant, CENTRAL CREDIT, to collect the alleged debts from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

18. Other debt collectors including but not limited to Defendant, CENTRAL CREDIT, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debts on behalf of ATLANTIC CREDIT and BUREAUS INVESTMENT.

19. Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, conveyed information to Plaintiff regarding the alleged debt through Defendant, CENTRAL CREDIT'S telephone calls to Plaintiff.

20. By virtue of its status as a debt collector, ATLANTIC CREDIT and BUREAUS INVESTMENT, are vicariously liable to Plaintiff for CENTRAL CREDIT'S violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

4

21.   Defendant, CENTRAL CREDIT, left the following messages on

Plaintiff's cellular or residential voice mail, as indicated, on or about the dates

stated:

June 9, 2008                              Cellular Phone
Ariel Ortega. Hi, this is Irene calling. I have got your claim number 3961282
which has been forwarded to my office. I need a return call from you at 1-
800-407-0064. Thank you.

June 17, 2008                            Cellular Phone
This message is for Ariel Ortega. Call Pete Kenny. My office number is 888-
866-0457. When returning call refer to your file number and your file
number here in the office is 3937014. It is important that we do hear from
you as soon as possible from you or your legal representative.

July 5, 2008                              Cellular Phone
nature of this call is available without you having to speak to a
representative. You can access the disclosure by calling 888-866-6484. After
receiving the full disclosure, you will have the option to speak to one of our
representatives.

This is a message for Ariel Ortega. We have an important matter to discuss
with you. This is not a solicitation. In order to protect your privacy, a full
disclosure of the nature of this call is available without you having to speak
to a representative. You can access the disclosure by calling 888-866-6484.
After receiving the full disclosure, you will have the option to speak to one
of our representatives.

July 21, 2008                            Cellular Phone
nature of this call is available without you having to speak to a
representative. You can access the disclosure by calling 888-866-6484. After
receiving the full disclosure, you will have the option to speak to one of our
representatives.

This is a message for Ariel Ortega. We have an important matter to discuss
with you. This is not a solicitation. In order to protect your privacy, a full
disclosure of the nature of this call is available without you having to speak
to a representative. You can access the disclosure by calling 888-866-6484.

5

After receiving the full disclosure, you will have the option to speak to one of our representatives.


August 8, 2008                                Cellular Phone
Good morning, Ariel. This is Mr. Simmon's office calling. 1-800-208-2686. I have a very important and time sensitive business matter we need to discuss with you as soon as possible. You can use reference number 4060893 when returning the call so we could better assist you. Once again, Mr. Simmon's number is 1-800-208-2686. We look forward to hearing from you as soon as possible. Thank you Ariel and you have a great day.

August 9, 2008                                Cellular Phone
nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

August 10, 2008                                Home Phone
of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

August 11, 2008                                Home Phone
This message is for Ariel Ortega. This is Jackie Bueker. You do need to return the call to my office at 1-800-403-8370.

August 16, 2008                                Cellular Phone
protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

August 16, 2008                          Home Phone
privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

August 23, 2008                          Home Phone
privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

August 23, 2008                          Cellular Phone
protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 1, 2008 - 8:30 AM   Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 1, 2008 – 8:35 PM   Cellular Phone
nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 7, 2008              Cellular Phone
without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak

to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 17, 2008 _____ Home Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 20, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 24, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 25, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 27, 2008 _____ Home Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 27, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 29, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

September 30, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

October 2, 2008 _____ Cellular Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

This is a message for _____. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives.

October 15, 2008 _____ Cellular Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday, Eastern time. When calling, be sure to reference file number _____.

October 15, 2008 _____ Home Phone

11

Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

October 23, 2008 _____ Home Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484.  After receiving the full disclosure you will have the option to speak to one of our representatives.

October 25, 2008 _____ Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

October 25, 2008 _____ Cellular Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday, Eastern time. When calling, be sure to reference file number _____.

October 26, 2008 _____ Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

October 26, 2008 _____ Cellular Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday, Eastern time. When calling, be sure to reference file number _____.

October 31, 2008 _____ Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

12

October 31, 2008                    Cellular Phone
at Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12
noon Saturday, Eastern time. When calling, be sure to reference file number
_____.

November 1, 2008                    Cellular Phone
at Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12
noon Saturday, Eastern time. When calling, be sure to reference file number
_____.

November 2, 2008 – 10:31 AM Home Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12
noon Saturday Eastern time. When calling, be sure to reference file number
_____.

November 2, 2008 – 12:14 PM  Home Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12
noon Saturday Eastern time. When calling, be sure to reference file number
_____.

November 2, 2008 – 10:34 AM Cellular Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM through
12 noon Saturday Eastern time. When calling, be sure to reference file
number _____.

November 2, 2008 – 12:12 AM Cellular Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9
PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM through
12 noon Saturday Eastern time. When calling, be sure to reference file
number _____.

November 3, 2008                    Cellular Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of
8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8

AM to 12 noon Saturday, Eastern time. When calling, be sure to reference file number _____.

November 3, 2008                    Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time. When calling be sure to reference file number _____.

November 8, 2008                    Home Phone
is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

November 9, 2008                    Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time. When calling be sure to reference file number _____.

November 9, 2008                    Cellular Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM through 12 noon Saturday Eastern time. When calling, be sure to reference file number _____.

November 14, 2008                    Home Phone
at Mark Wade's Office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time. When calling be sure to reference file number.

November 16, 2008                    Home Phone
at Mark Wade's Office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time. When calling be sure to reference file number.

November 24, 2008                    Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8

AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

November 25, 2008 _____     Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

November 30, 2008 – 4:41 PM  Home Phone
Please contact Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time.  When calling be sure to reference file number _____.

November 30, 2008 – 9:16 AM Home Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday Eastern time. When calling, be sure to reference file number

_____.

November 30, 2008 _____     Cellular Phone
Mark Wade's office at 1-866-489-4524 between the hours of 8 AM and 9 PM Monday through Thursday, 8 AM and 5 PM Friday, and 8 AM to 12 noon Saturday, Eastern time. When calling, be sure to reference file number

_____.

December 6, 2008 _____     Home Phone
this call is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

December 26, 2008 _____     Home Phone

disclosure of the nature of this call is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our repre sentatives.

<u>January 3, 2009                    Cellular Phone</u>
The nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

<u>January 13, 2009 - 12:10 PM    Home Phone</u>
Is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure, you will have the option to speak to one of our representatives. This is a message for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect you privacy, a full disclosure of the nature of this call is available without you having to speak to a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

<u>January 13, 2009 - 12:56 PM    Home Phone</u>
This message is for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak

with a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

This message is for Ariel Ortega. We have an important matter to discuss with you. This is not a solicitation. In order to protect your privacy, a full disclosure of the nature of this call is available without you having to speak with a representative. You can assess the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives.

<u>January 26, 2009</u>                <u>Home Phone</u>
without you having to speak to a representative. You can access the disclosure by calling 888-866-6484. After receiving the full disclosure you will have the option to speak to one of our representatives. This is a message for...

22.    Defendant, CENTRAL CREDIT, left similar or identical messages for

Plaintiff on other occasions. (Collectively, "the telephone messages").

23.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

24.    Defendant, CENTRAL CREDIT, failed to inform Plaintiff in the

messages that the communication was from a debt collector, failed to disclose the

purpose of its messages and its name and made an excessive number of calls.

25.    Defendant, CENTRAL CREDIT, knew it was required to disclose its

name and that it is a debt collector and the purpose of its communication in

telephone messages to Plaintiff.

17

26.     CENTRAL CREDIT, and other debt collectors acting on behalf of Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone without Plaintiff's prior express consent.

27.     Defendant, CENTRAL CREDIT, willfully or knowingly violated the TCPA.

28.     As assignee of HSBC Bank, Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, is liable to Plaintiff for CENTRAL CREDIT'S, and any other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

29.     None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

30.     Plaintiff incorporates Paragraphs 1 through 29.

31.     Defendant, CENTRAL CREDIT, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan*

18

*Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

32.    Plaintiff incorporates Paragraphs 1 through 29.

33.    Defendant, CENTRAL CREDIT, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT III
## EXCESSIVE CALLING IN VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

34.    Plaintiff incorporates Paragraphs 1 through 29.

35.    Defendant, CENTRAL CREDIT, caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

36.    Plaintiff incorporates Paragraphs 1 through 29.

37.    Defendant, CENTRAL CREDIT, asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing that it is a debt collector, or the purpose of its communications, by using an automatic

20

telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, and by making excessive calls, all done when CENTRAL CREDIT knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

38.    Plaintiff incorporates Paragraphs 1 through 29.

39.    By failing to disclose that it is a debt collector, and the purpose of its communication, by using an automatic telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant, CENTRAL CREDIT, willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, CENTRAL CREDIT, for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

40.     Plaintiff incorporates Paragraphs 1 through 29.

41.     Defendant, CENTRAL CREDIT, and other debt collectors acting on behalf of Defendants, ATLANTIC CREDIT and BUREAUS INVESTMENT, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.     Damages;

      b.     Such other or further relief as the Court deems proper.

## COUNT VII
## DECLARATORY AND INJUNCTIVE RELIEF

42.     Plaintiff incorporates Paragraphs 1 through 29.

43.   Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendants' practices are in violation of the TCPA and the FCCPA.

44.   The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

45.   Plaintiff seeks a permanent injunction prohibiting Defendants from continuing violation of the FCCPA.

46.   Pursuant to 47 U.S.C § 227 (c)(5)(A), Plaintiff seeks a permanent injunction prohibiting Defendants from continuing violation of the TCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

a.   declaring that Defendants' practices violate the TCPA and the FCCPA;

b.   permanently injoining Defendants from engaging in the violative practices; and

c.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this ___10___ day of August, 2009.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339

23

Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Ariel Ortega

**DEFENDANTS**

Central Credit Services, Inc. and Atlantic Credit and Finance, Inc. and Bureaus Investment Group

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) MIAMI-DADE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:      IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

1:09CV 22366 - Moore - Simonton

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | |
|---|---|---|---|---|

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | 3 | 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** ___1-2___ days estimated (for both sides) to try entire case  15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC #81 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. 8 |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending B | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **B PRISONER PETITIONS** ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence Habeas Corpus ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other* | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights *A or B | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1. Original Proceeding
☐ 2 Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4 Refiled
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION No
☐ UNDER F.R.C.P. 23
DEMAND $ N/A
Check YES only if demanded in complaint
JURY DEMAND:  ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: August 10, 2009    SIGNATURE OF ATTORNEY OF RECORD

547136

---

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No._____    Amount: 350 00
Date Paid:_____    M/ifp:_____

FTL/LINP/266449/5pld01!.DOC/8/10/09/26094.010400